AUSA PAKIZ

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| --- | --- |
| v. | ) |
| Crystal Marie MIRANDA | ) Case No. 2:24-mj-436 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 2, 2024** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC 841(a)(1) and (b)(1)(C) | Possession with intent to distribute cocaine. |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

DEA TFO PHILLIP MILLER
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: 09/03/2024

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge

2:24-mj-436

## AFFIDAVIT

I, Phillip L. Miller, (hereinafter referred to as the Affiant) having been duly sworn, state:

## INTRODUCTION

1.      I am a Police Officer and Detective with the Columbus Division of Police, assigned full-time as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), Columbus District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C.§ 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 U.S.C.§ 2516. Your affiant has been employed by the Columbus Division of Police as a "Law Enforcement Officer," as defined in the Ohio Revised Code Section 2901.01, since July, 2002. Your affiant is empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of Title 21 U.S.C. § 878 and the Ohio Revised Code.

2.      Prior to being assigned to the DEA Task Force, your affiant was assigned to the Columbus Division of Police, Patrol Unit from July 2003 to October 2018 then to the Detective Bureau between October 2018 and January 2019.

3.      I graduated from the Columbus Division of Police Academy located in Columbus, Ohio in January 2003. I received approximately 6 months of specialized police training including but not limited to: search and seizure, investigative techniques, testifying in court, evidence collection, interview and interrogation, and controlled substance identification.

4.      During the course of my law enforcement career, I have had experience in debriefing defendants and interviewing participating witnesses, cooperating individuals and other persons who have personal knowledge and experience regarding narcotics related investigations.

5.      As a DEA TFO and police officer, I have participated in the execution of search warrants at the residences and businesses of narcotics traffickers, safe houses, crack houses, and have participated in numerous arrests for drug related offenses. I have drafted numerous search warrants.

6.      As a DEA TFO, I have participated in investigations targeting individuals and organizations trafficking fentanyl, heroin, cocaine, cocaine base ("crack"), marijuana, methamphetamine and other controlled substances as defined in 21 U.S.C. § 801.

1

7. Since becoming a Task Force Officer with the DEA, I have completed the following training: Task Force Officer School (September 2019) and the Ohio State Highway Patrol Interdiction class (October 2019).

## PURPOSE OF AFFIDAVIT

8. This affidavit is made in support of an application for a federal arrest warrant and criminal complaint against Crystal Marie MIRANDA for possession with intent to distribute cocaine in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C) on or about September 2, 2024.

9. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement sources, officer, confidential sources, and reports, and this affidavit does not contain an exhaustive listing of each and every currently known fact concerning the investigation. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that Crystal Marie MIRANDA committed the offense described.

## SUMMARY OF PROBABLE CAUSE

10. On August 30, 2024, DEA became aware that a known source of supply, Armando VERA-PORRAS, Jr., had flown into Columbus, Ohio from Arkansas. Based on a GPS tracker located on VERA-PORRAS Jr.'s vehicle, DEA agents observed VERA-PORRAS Jr. meet up with a 2018 light blue Ford Escape, bearing Illinois state tag EK17083, on the west side of Columbus, Ohio on September 2, 2024. DEA agents then observed VERA-PORRAS Jr. get out of his vehicle and meet, who agents later identified as Crystal Marie MIRANDA, at the back trunk area of the Ford Escape. DEA agents observed that the rear hatch of the Ford Escape was open. The Ford Escape then left the area.

11. Approximately fifteen minutes later, on September 2, 2024, at approximately 8:43 PM, Ohio State Highway Patrol ("OSP") Troopers conducted a traffic stop on a light blue Ford Escape, bearing Illinois state tag EK17083, and registered to Jesus RIOS 1337 Highland Avenue, Berwyn, Illinois for a traffic violation on South Central Avenue & Union Avenue, Columbus, Ohio. During the traffic stop, OSP Troopers identified the driver as Crystal Marie MIRANDA based on her Illinois driver's license, the front passenger as a juvenile, the right rear side passenger as Apollo GRAVES, and the left rear driver's side passenger as Angela Marie ROBLES. OSP Trooper Jake Lawrence deployed

his police canine ("K-9") Darius, who is trained in the detection of narcotic odors, in the vicinity of the vehicle. According to OSP Trooper Lawrence, the K-9 alerted to the presence of a narcotic odor emitting from the vehicle. OSP Troopers then conducted a search of the vehicle resulted in the seizure of approximately 25 kilograms of suspected cocaine located in the vehicle as follows: (5) bricks wrapped in tin foil & plastic in the right rear passenger interior door panel; (8) bricks wrapped in tin foil and plastic in the left rear passenger door panel; and (7) bricks wrapped in tin foil & plastic in the rear hatch panel.

12. Investigators arrived at the scene of the traffic stop in order to assist troopers with the driver and the passengers of the vehicle. Investigators had all of occupants from the vehicle transported back to the Columbus District Office in order to conduct interviews. During the interview(s) with the three adult occupants of the vehicle no one claimed responsibility for the cocaine found in the vehicle. However, Crystal Marie MIRANDA claimed ownership of the vehicle along with the registered owner, her boyfriend, Jesus RIOS. MIRANDA suggested to investigators that the (25) kilograms must have already been in the vehicle when they purchased it. The suspected cocaine recovered from the vehicle field tested positive for cocaine.

13. Your affiant knows that 25 kilograms of cocaine is a distribution amount of narcotics and that one kilogram of cocaine goes for approximately $30,000 on the street. Your affiant also knows that Chicago, Illinois is a source city for cocaine.

## CONCLUSION

14. Based upon this information, Your Affiant believes probable cause exists that on or about September 2, 2024, in the Southern District of Ohio, Crystal Marie MIRANDA did knowingly and intentionally possess with intent to distribute cocaine, in violation of Title 21 USC §§ 841(a)(1) and (b)(1)(C).

*Phillip L. Miller, TFO*

Phillip L. Miller, Task Force Officer
Drug Enforcement Administration

3

SUBSCRIBED and SWORN to before me this 3rd day of September, 2024.



Elizabeth A. Preston Deavers
United States Magistrate Judge